UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: RODNEY D. BROWN CAROL S. BROWN Debtors | CASE NO: 08-33126 (Chapter 13) JUDGE LAWRENCE S. WALTER |
|---|---|

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4024714**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 14/ 5 | DEUTSCHE BANK NATIONAL TRUST COMPANY<br>CIT GROUP CONSUMER FINANCE INC<br>715 SOUTH METROPOLITAN SUITE 150<br>OKLAHOMA CITY, OK 73108 | 51.92 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner 0022205
Chapter 13 Trustee
131 N LUDLOW ST SUITE 900
DAYTON, OH 45402-1161
(937)222-7600 Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 7/28/2010

Certificate of Service 08-33126

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

RODNEY D. BROWN
CAROL S. BROWN
8826 PRIMROSE DRIVE
LOVELAND, OH 45140

HAROLD JARNICKI
576 MOUND CT
SUITE B
LEBANON, OH 45036

(5.4)
CIT GROUP/CONSUMER FINANCE INC
715 S METROPOLITAN
SUITE 150
OKLAHOMA CITY, OK 73108

(5.1)
DEUTSCHE BANK NATIONAL TRUST COMPANY
CIT GROUP CONSUMER FINANCE INC
715 SOUTH METROPOLITAN SUITE 150
OKLAHOMA CITY, OK 73108

(29.1n)
GE MONEY BANK % REC MGNT SYS
ATTN RAMESH SINGH
25 SE 2ND AVENUE SUITE 1120
MIAMI, FL 33131

(37.1n)
JOEL K JENSEN
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH 45201

(35.1n)
LIKENS & BLOMQUIST PA OHIO
3700 CORPORATE DRIVE
SUITE 120
COLUMBUS, OH 43231

(36.1n)
OHIO DEPT OF TAXATION
% RAYMOND J PIKNA JR
600 VINE ST STE 2500
CINCINNATI, OH 45202

(30.1n)
PRA
PORTFOLIO RECOVERY ASSOC
BOX 41067
NORFOLK, VA 23541

(33.1n)
STEVEN H PATTERSON
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH 45201-5480

(34.1n)
THOMAS J NOVACK
LIKENS & BLOMQUIST
3700 CORPORATE DR SUITE 120
COLUMBUS, OH 43213

(32.1n)
WACHOVIA DEALER SERVICES
BOX 19657
IRVINE, CA 92623

Jeffrey M. Kellner BY /s/ Jeffrey M. Kellner sv

0833126_42_20100728_0849_278/T317_sv
###